UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TERRY LEE ULRICH,

        Petitioner,               Case No. 1:22-cv-104

v.                                   Honorable Phillip J. Green

MICHAEL BURGESS,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Date: March 21, 2022                        /s/ Phillip J. Green
                                                              PHILLIP J. GREEN
                                                              United States Magistrate Judge